# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form7instructions.pdf

**9th Cir. Case Number(s)**: 22-16888, 22-16889

**Case Name**: Wilkinson et al. v. Facebook, Inc.

**Counsel submitting this form**: Christopher Chorba

**Represented party/parties**: Meta Platforms, Inc.

*Briefly describe the dispute that gave rise to this lawsuit.*

Third-party developers post a variety of online games on Facebook. This case is about a genre of video games that simulate casinos. Even though players cannot win money on these casino-themed video games, players have sued, first, the third-party developers and, now, Meta on the theory that the games constitute illegal gambling under federal law and many different states' laws.

Because the complaint asserts dozens of distinct violations, the district court ordered the parties to limit briefing on an initial motion to dismiss to Section 230. Meta's motion to dismiss contended that Section 230 forecloses liability for hosting casino-themed video games developed and published by third parties.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                         *Rev. 9/01/22*

*Briefly describe the result below and the main issues on appeal.*

The district court granted in part and denied in part Meta's motion to dismiss. The district court agreed with Meta that Section 230 barred liability for hosting casino-themed video games, displaying advertisements or recommendations for such games, and for providing data analytics tools to third-party developers. The district court held, however, that Plaintiffs' claims could go forward on the theory that Meta allegedly sold virtual currency that was used to play a virtual slot machine.

Given its doubts as to how to apply Section 230 to in-app purchases of virtual currency, the district court certified its order for interlocutory appeal under 28 U.S.C. § 1292(b). Meta filed a petition for permission to appeal with this Court. Plaintiffs opposed an interlocutory appeal but also filed a conditional cross-petition on the question whether the district court could dismiss theories (in contrast to whole claims) that violate Section 230. This Court granted both Meta's petition and plaintiffs' cross-petition.

The main issue on appeal is whether Section 230 bars claims against online services for allowing third parties to use its neutral payment-processing tools to sell certain virtual content if the content is the reason why the transaction is allegedly unlawful.

The main issue on the cross-appeal is whether Rule 12 allows a district court to dismiss legally invalid theories of liability.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The district court has stayed proceedings below pending the outcome of this appeal. The putative class actions against Meta were consolidated and then coordinated with multidistrict litigation raising materially identical claims against Apple and Google for hosting and facilitating in-app purchases in casino-themed video games.

**Signature** s/ Christopher Chorba **Date** 12/16/22

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 9/01/22