**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FEB 14 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: FACEBOOK SIMULATED CASINO-STYLE GAMES LITIGATION, _____ <br><br> KATHLEEN WILKINSON, individually and on behalf of all others similarly situated; et al., <br><br>        Plaintiffs-Appellees, <br><br>  v. <br><br> FACEBOOK, INC., a Delaware corporation, <br><br>        Defendant-Appellant. | No. 22-16888 <br><br> D.C. No. 5:21-cv-02777-EJD Northern District of California, San Jose <br><br> ORDER |
| In re: FACEBOOK SIMULATED CASINO-STYLE GAMES LITIGATION, _____ <br><br> KATHLEEN WILKINSON, individually and on behalf of all others similarly situated; et al., <br><br>        Plaintiffs-Appellants, <br><br>  v. <br><br> FACEBOOK, INC., a Delaware corporation, <br><br>        Defendant-Appellee. | No. 22-16889 <br><br> D.C. No. 5:21-cv-02777-EJD |

This case is RELEASED from the Mediation Program.

Mediation

2

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions.

The briefing schedule previously set by the court is amended as follows: the first brief on cross-appeal is due July 24, 2023; the second brief on cross-appeal is due September 25, 2023; the third brief on cross-appeal is due November 13, 2023; and the optional cross-appeal reply brief is due December 18, 2023.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator