# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 22-16888

**Case Name** In re: Kathleen Wilkinson, et al v. Facebook, Inc.

**Hearing Location (*city*)** San Francisco

**Your Name** Christopher Chorba

List the sitting dates for the two sitting months you were asked to review:

March 11-15, 25-29
April 1-5, 8-12

Do you have an unresolvable conflict on any of the above dates? ● Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

March 11-12 - My colleague assisting with the matter has a previously-scheduled hearing requiring travel to Baltimore, Maryland.
March 27-28 - I would prefer to avoid these dates due to my son's birthday.

[I note that there is a pending motion to consolidate this appeal and its cross-appeal (22-16889), see Dkt. 39, and that the Clerk is still considering a streamlined request in one of those appeals that may be consolidated with this one.]

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

● Yes ○ No

If yes, list the number, name, and hearing city of each of the other case(s):

Perrin Davis, et al. v. Meta Platforms, Inc., Nos. 22-16903, 22-16904, in San Francisco

**Signature** s/ Christopher Chorba **Date** 11/10/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*